UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| NICOLAS QUINTERO ALVAREZ, | ) | |
| | ) | |
| Petitioner, | ) | 2:05-CV-01999-PHX JWS (MEA) |
| | ) | |
| vs. | ) | ORDER FROM CHAMBERS |
| | ) | |
| DORA SCHRIRO, *et al.*, | ) | [Re:  Report and Recommendation] |
| | ) | |
| Respondents. | ) | |
| | ) | |

## I.  MATTER PRESENTED

At docket 1, petitioner Nicolas Quintero Alvarez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  At docket 9, respondents Dora Schriro and the Arizona Attorney General filed an answer opposing the petition.  At docket 11, Magistrate Judge Mark E. Aspey filed his report and recommendation, recommending that the petition be denied and dismissed with prejudice.  Petitioner filed objections to the report and recommendation at docket 15.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1]  When reviewing a magistrate judge's report and recommendation in a habeas case, the district court reviews *de novo* conclusions of law[2] and findings of fact to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

## III.  BACKGROUND

The court has reviewed the report and recommendation and found that it accurately summarizes the procedural background of this case.  Accordingly, the court adopts the summary as its own.

## IV.  DISCUSSION

Having reviewed the petitioner's objections and magistrate judge's report and recommendation under the standard of review articulated above, the court agrees with the magistrate judge's findings of fact and conclusions of law.  Petitioner's objections raise nothing that is not adequately addressed in the report.  Accordingly, the court

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Barilla v. Ervin*, 886 F.3d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

[3] 28 U.S.C. § 636(b)(1).

[4] *Taberer v. Armstrong World Indus., Inc.*, 954 F.2d 888, 906 (3d Cir. 1992).

**ACCEPTS** the report and recommendation at docket 11.  The petition at docket 1 is **DENIED** and **DISMISSED WITH PREJUDICE**.

DATED at Anchorage, Alaska, this 8th day of June 2006.


/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE